United States District Court
Southern District of Texas
**ENTERED**
March 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRYSTAL RENELL PAYNE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-0341 |
| | § | |
| SPARKLES HAMBURGER SPOT, LLC, | § | |
| *et al,* | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Plaintiff Crystal Payne brought this suit against Defendants Sparkles Hamburger Spot,
LLC and Sparkles Steels, alleging that she was not paid overtime wages in violation of the Fair
Labor Standards Act (FLSA). The case was later consolidated with one filed by Plaintiff Sharon
Willis against the same Defendants. The Court presided over a bench trial as to Plaintiffs' claims
against Defendant Steels only on June 11, 2018. The Court issued Findings of Fact and
Conclusions of Law on August 24, 2018, entering judgment in favor of Defendant Steels. (Doc.
No. 51).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the
Court's Findings of Fact and Conclusions of Law, final judgment is hereby **ENTERED** for
Defendant Steels.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of March, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE