United States District Court
Southern District of Texas
**ENTERED**
July 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRYSTAL RENELL PAYNE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-0341 |
| § | |
| SPARKLES HAMBURGER SPOT, LLC, § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## **ORDER**

Plaintiff Crystal Payne brought this suit against Defendants Sparkles Hamburger Spot, LLC and Sparkles Steels, alleging that she was not paid overtime wages in violation of the Fair Labor Standards Act (FLSA). The case was later consolidated with one filed by Plaintiff Sharon Willis against the same Defendants. The Court previously presided over a bench trial as to the claims against Defendant Steels. Final judgment was entered for Defendant Steels on March 18, 2020. (Doc. No. 53).

The Court has now dismissed all remaining claims against Defendant Sparkles Hamburger Spot because the alleged debt was discharged in Defendant Sparkles Hamburger Spot's bankruptcy. (Doc. No. 65).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Court's dismissal order (Doc. No. 65), final judgment is hereby **ENTERED** for Defendant Sparkles Hamburger Spot.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 27th day of July, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE